

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00902-CV

**IN RE** Randolph **JACKSON** and Janet Meyers, Individually and as Heirs of the Estate of Matthew Charles Jackson; and Erica Fitts, Individually and as Next Friend of Jasper Charles Jackson, a Minor

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17862
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellants' motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellants.

SIGNED April 9, 2014.

_____
Catherine Stone, Chief Justice